Case 1:07-cv-06792  Document 1-2  Filed 12/03/2007  Page 1 of 12

07CV6792
JUDGE MANNING
MAGISTRATE JUDGE KEYS

F I L E D
DEC 0 3 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN
Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Northern Dis. Illinois |
|---|---|
| Name (under which you were convicted): Michael West | Docket or Case No.: 04-CR-298-1 |
| Place of Confinement: Leavenworth, Kansas U.S.P. | Prisoner No.: 16012-424 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| v. Michael West | |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court Northern District of Illinois Eastern Division
   (b) Criminal docket or case number (if you know): 04-CR-298
2. (a) Date of the judgment of conviction (if you know): September 9, 2005
   (b) Date of sentencing: March 9, 2005
3. Length of sentence: 130 months
4. Nature of crime (all counts): 18 U.S.C. §1791(a)(1)(2), 18 U.S.C. §371
   21 U.S.C. §846, and 18 U.S.C. §841(a)(1).

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☒
7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐
9. If you did appeal, answer the following:
   (a) Name of court: __United States Appeals Court For Seventh Circuit__
   (b) Docket or case number (if you know): 04-CR-298
   (c) Result: Affirmed
   (d) Date of result (if you know): December 7, 2006
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised: __Request for appointment of new counselor__
   __The district court incorrectly calculated the sentencing__
   __guideline range. Opposition of counselor's Anders Brief.__

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐  No ☒
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: _____
      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐  No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ❏ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ❏ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:     Yes ❏ No ☒

    (2) Second petition:   Yes ❏ No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____
_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** <u>ILLEGAL SENTENCE</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): <u>Pursuant to the plea agreement Counts 1 and 5 for which Defendant Pleaded guilty, were NOT to be grouped. Pursuant to §3D1.4(c) of the Sentencing Guidelines the offence charged of counts 1 and 5 equal an offence level of 30. Since Count 5 is 9 or more levels below Count 1, Count 1 is the more severe. Count 1 carries a statutory maximum of five (5) years. Accordingly Count 5 must be disgarded pursuant to 3D1.4(c). SEE: 3D1.5 Commentary.</u>

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐ No ☒
  (2) If you did not raise this issue in your direct appeal, explain why: <u>Counsel filed an "Anders" Brief. Due to Defendant's lack of legal expertise he could not adequately respond to the "Anders" Brief.</u>

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☒ No ☐
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: <u>Motion To Correct or Reduce The Sentence</u>
  Name and location of the court where the motion or petition was filed: <u>U.S. District Court For the Northern District of Illinois.</u>
  Docket or case number (if you know): <u>04 CR 298</u>
  Date of the court's decision: <u>Unknown (No Ruling Issued)</u>
  Result (attach a copy of the court's opinion or order, if available): <u>N/A</u>

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __**Did Not Know How**_____

_____

_____

_____

GROUND TWO: __**Ineffective Assistantance of Trial Counsel**__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __**Trial Counsel failed to preserve Ground One for appellate review forcing the Defendant in Open Court to challenge his sentence and try to preserve this issue without any legal knowledge.**__

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __**Not a Direct Appealable Issue.**__

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏  No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏  No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏  No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** __Ineffective Assistance of Appellate Counsel__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __Appellate Counsel filed a fraudulant Anders Brief Alleging facts that__

Page 8

**That are not supported by the record, or Plea Agreement.**

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: **Not A Direct Appealable Issue.**

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

GROUND FOUR: ~~____~~ Violation of Plea Agreement

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Plea Agreement Contracted for the two counts not to be grouped for sentencing or any other reason. Counts were grouped any way under 3D1.2(b) this violates the Plea Agreement

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: **Grounds 1-3. These Grounds are for post-conviction litigation. And are raised herein.**

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ❑ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: _____
    
    (b) At arraignment and plea: _____
    
    (c) At trial: _____
    
    (d) At sentencing: _____
    
    (e) On appeal: _____
    
    (f) In any post-conviction proceeding: _____
    
    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____
    
    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

   **Movant West respectfully;**

   **file his writ of habeas corpus pursuant 28 U.S.C. §2255 within the one year statute of limitation.**

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, movant asks that the Court grant the following relief: __Reduce his illegal Sentence to the Statutory Maximum as required by the Plea Agreement.__

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on __November 20, 2007__ _____ (month, date, year).

Executed (signed) on __11-26-07__ (date).

_Michael West_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

\* \* \* \* \*