R    MHN

**FILED**
DEC 3 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** MICHAEL WEST

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**
1) AUSA
2) Lindsay C. Jenkins
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**
Michael West
#16012-424
Leavenworth - USP
P.O. Box 1000
Leavenworth, KS 66048

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV6792
JUDGE MANNING
MAGISTRATE JUDGE KEYS

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [x] No

**Signature:** A. E. Woodham   **Date:** 12/03/2007

Manning   04 CR 298-1
Keys