**FILED**

MICHAEL WEST
Federal Register No. \_\_160\12424\_\_
UNited States Penitentiary
P.O. Box 1000
Leavenworth, Kansas 66048

DEC 03 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

November 20, 2007

Clerk's Office
United States District Court
219 South Dearborn Street, Room 2128
Chicago, Illinois 60604

RE:   United States v. Michael West        28 U.S.C. §2255 Motion
      Case No. 04 CR 298

**Dear Clerk's Office:**

Please be aware that I am filing this motion so as to make sure that it is received by the court within the one year filing period. This, pursuant to the **A.E.D.P.A.**

Please not for the file that I will be filing a **Memorandum of Law In Support** of this motion as soon as it is completed.

Thank you for your help in this matter.

Respectfully,

Michael West

07CV6792
JUDGE MANNING
MAGISTRATE JUDGE KEYS