**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

DEC 1 7 2007 *aew*

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**DEC 17 2007**

*07C 6792*

| | | |
|---|---|---|
| MICHAEL WEST, | ) | |
| Defendant-Movant, | ) | |
| vs. | ) | Case No. 04 CR 298 |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff-Respondent, | ) | |

<u>MOTION TO AMEND 28 U.S.C. §2255 PETITION</u>

**COMES NOW** Defendant-Movant MIchael West, **pro se** and asks this Court to allow him to **AMEND** his 28 U.S.C. §2255 Petition that is now pending before the Court. If granted, the Petition will be amended to add the following ground for relief.

<u>GROUND 5:</u>  **Illegality Of The Present Sentence**

The 120 Month Sentence that this Court imposed against the Defendant-Movant was with the implied credit of 36 months that the defendant was incarcerated at MCC Chicago awiting the dis-posistion of this case. **T.Tr. at p.44 L.12-25.** A copy of the re-levent portion is attached hereto and incorporated herein by re-ference and marked as **Movant Attachment 1.**

The Bureau of Prisons refuses to give Mr. West credit for the 36 months purporting that it violates **18 U.S.C. §3585(b).** Since the B.O.P. refuses to give Mr. West credit, even though this Court ordered it as part of his 120 Month sentence. This, in effect is ensuring that Mr. West does a 156 month sentence.

Since this Courts intention was clear from the transcript

was to receive the bottom end of the guidelines for his plea of guilty, forcing him to do an extra 36 months of the sentence imposed because of **18 U.S.C. §3585(b)** is against this Courts expressed intent. If this Court was forbidden to give him the credit for the time served, then this sentence must be vacated for its illegality.

### C O N C L U S I O N

**WHEREFORE** Defendant-Movant Michael West asks this Court to allow the foregoing issue to be amended to his 28 U.S.C. §2255 Petition that is now pending before the Court.

Dated:   December 10, 2007          Respectfully Submitted,

                                    *Michael West*
                                    Michael West, pro se
                                    #
                                    U.S.P. Leavenworth
                                    P.O. Box 1000
                                    Leavenworth, KS.   66048

MOVANT  ATTACHMENT  1

1  better not to recommend a specific institution.  In that way,

2  he can go wherever the program is available.  As long as

3  Mr. West is aware of that and he still wants to request Oxford,

4  that's fine.

5          THE COURT:  Well, like I said, my recommendation is

6  going to be based primarily upon the fact that Mr. West needs

7  treatment desperately.  So that will be first and foremost in

8  my mind as I make the recommendation, and I'm sure that will be

9  first and foremost with the powers that be in the prison system

10  as well.

11          THE DEFENDANT:  And I got --

12          THE COURT:  You'll be given credit for time served as

13  well.

14          THE DEFENDANT:  I got, you said, the low end of my

15  plea?

16          THE COURT:  The low end, that's 130 months.

17          THE DEFENDANT:  Thank you.

18          THE COURT:  All right.

19          MR. RAO:  Your Honor, the Government would make a

20  motion to dismiss Counts 2 and 4.

21          THE COURT:  That will be order.  Good luck to you,

22  sir.

23          THE DEFENDANT:  Thank you, Your Honor.

24          MR. RAO:  Judge, I just want to be clear.  Just for

25  the record, when you say "time served," that's as long as it