Judge Manning
07C6792

Date
3-15-08

Clerk of the U.S District court

Dear Mr Michael W Dobbins

I'm writing because I would like to file a motion for reconderation on my 2255 Motion, But I can't because I'm on Lock Down and don't have know access to the law Library or to my legal work.

Could you Please give me an extenion to file my reconderation motion and after you file this letter Please send me a copy back.

I would appreicate very much

Thank you

Sincerely
Michael West # 16012424

FILED
MAR 31 2008
3-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT