UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

United States Of America
                  Plaintiff,

v.                                              Case No.: 1:07–cv–06792
                                                Honorable Blanche M. Manning

Michael West
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: The court dismissed Mr. West's § 2255 motion on 1/23/08. The order was entered on the court's docket on 1/24/08. On 3/31/08, the clerk received a letter from Mr. West dated 3/15/08 requesting an extension of time to file a motion for reconsideration. As of 3/15/08, Mr. West would only be entitled to request reconsideration under Rule 60. He may file a motion to reconsider as specified in that rule without receiving an order from the court setting a specific date to do so. Thus, the request for an extension is denied as unnecessary. The court further notes that Mr. West must send the court a copy of all pleadings sent to the clerk, as a judge's copy places the court on notice that Mr. West has filed something.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.